MARCH 31, 1965

No. 69215.—APPEAL 5158.—United States v. Weather-Rite Sportswear Co., Inc.—

affirmed December 17, 1964.    C.A.D. 848.

BEFORE THE FIRST DIVISION, APRIL 5, 1965

No. 69216.—Hostachem Corp v. United States, protests 63/3562 and 63/4223 (New York).

Opinion by WILSON, J.    In accordance with stipulation of counsel that the items of merchandise, designated on the invoices as "Organic Chemicals, Diazo salts," are, in fact, Azo salts, the claim of the plaintiff was sustained.

No. 69217.—Hostachem Corporation v. United States, protest 63/18229 (New York).

Opinion by WILSON, J.    In accordance with stipulation of counsel that the items of merchandise designated on the invoices as "Diazo HC–1, Diazo HC–2, and Diazo W," are, in fact, Azo salts, the claim of the plaintiff was sustained.

No. 69218.—Hostachem Corporation v. United States, protest 64/8440 (New York).

Opinion by WILSON, J.    In accordance with stipulation of counsel that the items of merchandise designated on the invoice as "Diazo HC–1," are, in fact, Azo salts, the claim of the plaintiff was sustained.

No. 69219.—Camera Specialty Co., Inc. v. United States, protest 62/17822 (New York).